ACCEPTED
14-15-00550-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
11/23/2015 1:44:26 PM
CHRISTOPHER PRINE
CLERK

NO. 14-15-00550-CV

_____

IN THE COURT OF APPEALS FOR THE
FOURTEENTH JUDICIAL DISTRICT
HOUSTON, TEXAS

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
11/23/2015 1:44:26 PM
CHRISTOPHER A. PRINE
Clerk

_____

JACK N. MCCRARY AND SUZANNE F. MCCRARY

*Appellants*

v.

WILLIAM A. HIGHTOWER, UBS FINANICAL SERVICES, INC., B. B.
TURLEY, BRIAN DAVIDSON AND PANORAMIC INVESTIGATIONS

*Appellees*.

_____

On Appeal from the 152nd Judicial District Court
of Harris County, Texas, Texas; Trial Court No. 2014-40928

_____

**BRIAN DAVIDSON D/B/A PANORAMIC INVESTIGATIONS
AND UBS FINANCIAL SERVICES, INC.'S FIRST JOINT <u>UNOPPOSED</u>
MOTION TO EXTEND TIME TO FILE APPELLEES' BRIEFS**

_____

TO THE HONORABLE FOURTEENTH COURT OF APPEALS:

Appellees Brian Davidson d/b/a Panoramic Investigations ("Panoramic")
and UBS Financial Services, Inc. ("UBS") file their first join unopposed motion to
extend the time to file their Appellees' Briefs under Texas Rules of Appellate
Procedure 38.6(d) and 10.5(b).

The Clerk's Record and Supplemental Clerk's Record were filed on August 27, 2015, and October 20, 2015, respectively. The Reporter's Record was filed on October 2, 2015. The Appellants filed their Brief on October 30, 2015. The Appellees' Briefs are currently due on November 30, 2015. Panoramic and UBS request an extension of time to up to and including January 8, 2016 (38 days), to file their Briefs. Appellants are unopposed.

Panoramic's counsel is unable to finalize and file Appellee's brief by the current deadline due to his involvement in the following matters:

Cause No. 15-10723; *Timothy White v. Regional Adjustment Bureau, Inc. d/b/a RAB, Inc. v. Marshall Meyers*; United States Court of Appeal for the Fifth Circuit. Prepared and filed Appellant's Brief, which was due on November 9, 2015. Addition briefing is due by December 7, 2015, and the case is set for oral argument on December 16, 2015.

Cause No. 2013-45172; *Heather Tenini Kuentz, et al. v. The Cole Group, Inc. et al.*; 269th Judicial District Court of Harris County, Texas. Preparation for initial November 9, 2015, trial setting, and ongoing involvement in post-summary judgment submissions and hearings as case transitions to appeal.

Cause No. 08-15-00113-CV; *David Sims v. The City of Madisonville and the Madisonville Police Department*; Eighth Judicial District Court of Appeals. Preparation of motion for reconsideration of motion to dismiss for want of jurisdiction to be filed the week of November 23, 2015.

Cause No. No. 1:15-CV-00338 JB/CG; *Grasshopper Natural Medicine, LLC, et al. v. Hartford Casualty Insurance Company*; United States District Court for the District of New Mexico. Preparation of written discovery responses and written discovery requests served November 20, 2015.

UBS's counsel is unable to finalize and file Appellee's brief by the current deadline due to his involvement in the following matters:

*Virtus Capital L.P. v. Eastman Chemical Company, et al*. C.A. No. 9808-VCL in the Chancery Court for the State of Delaware. Defendants' reply in support of motion to compel and opposition to Plaintiff's motion to compel due November 30, 2015, oral hearing in Delaware on December 2, 2015, and opposition to motion for class certification due December 18, 2015;

*Merrill Lynch, Pierce, Fenner & Smith Inc. v. Roman Reed and Victor Barrionuevo*, FINRA Arbitration Case No. 15-00553, document productions due December 1, 2015 and motions to compel due December 23, 2015.

This motion is not sought for the purpose of delay, but to ensure the Court has adequate and sufficient briefing to aid in its decision-making process.

For these reasons, Appellees Panoramic and UBS respectfully request the Court to extend Appellees' deadline to file their Briefs by 38 days, rendering Appellee's brief due on or before January 8, 2016. Appellees further request general relief to which it may be justly entitled.

Respectfully submitted,

CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY

By: /S/ Steven J. Knight
    Steven J. Knight
    State Bar No. 24012975
    steven.knight@chamberlainlaw.com
    1200 Smith, Suite 1400
    Houston, Texas 77002
    Telephone: (713) 658-1818
    Facsimile: (713) 658-2558

COUNSEL FOR BRIAN DAVIDSON D/B/A
PANORAMIC INVESTIGATIONS

And

PRATT & FLACK, LLP

By:   /S/ Paul D. Flack
      Paul D. Flack
      State Bar No. 00786930
      pflack@prattflack.com
      4306 Yoakum Blvd., Suite 500
      Houston, Texas  77006
      Telephone: (713) 705-3087
      Facsimile: (888) 819-2258

COUNSEL FOR UBS FINANCIAL SERVICES,
INC.

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing has been forwarded to all counsel of record on November 23, 2015, in the manner indicated below:

Counsel for Jack McCrary and Suzanne McCrary:

Arnold Vickery (andy@justiceseekers.com)
Fred Shepherd (fred@justiceseekers.com)

Counsel for William Hightower:

Andrew Harvin (aharvin@drhrlaw.com)
Peter Wells (pwells@drhrlaw.com)

      /S/ Steven J. Knight
      Steven J. Knight

4

## CERTIFICATE OF CONFERENCE

I conferred with Appellants' counsel Fred Shepherd concerning the relief requested herein, and Mr. Shepherd stated Appellants were unopposed.

/S/ Steven J. Knight
Steven J. Knight

2028933.1
007205..000021